# ELECTRONIC RECORD

COA #14-13-01122-CR

OFFENSE: Misc.

STYLE: Lorenzo Dwayne Jones v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 184th District Court

DATE: February 26, 2015    Publish: No

TC CASE #: 1388256

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lorenzo Dwayne Jones v The State of Texas

CCA # _____

_____ **APPELLANT'S**   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED

DATE: 04/29/2015

JUDGE: Per Curiam

NEWELL, NOT PARTICIPATING _____

CCA Disposition: _____ **318-15**

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**